UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| GREGORY RYAN WEBB, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 2:23-cv-00014 |
| GARY MCKENZIE, et al., | ) |
| Defendants. | ) |

## ORDER

Gregory Ryan Webb, an inmate at the Cumberland County Sheriff's Department, has filed seven pro se civil rights cases under 42 U.S.C. § 1983 in this Court since March 2023. These cases overlap in substance, but to keep things clear, the Court will address each case by separate Order.[1] In Case No. 2:23-cv-00013, Plaintiff filed a motion requesting to dismiss this case. See Case No. 2:23-cv-00013, Doc. No. 4. Plaintiff does not need the Court's permission to voluntarily dismiss his own case at this stage in the proceedings; rather, the case is automatically dismissed upon filing of a notice of dismissal. See Fed. R. Civ. P. 41(a)(1)(A)(i) (allowing automatic voluntary dismissal if filed "before the opposing party serves either an answer or a motion for summary judgment").

Accordingly, the Court acknowledges that this case has been **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has also filed a habeas corpus petition, docketed under Case No. 2:23-cv-00020. That case is subject to a different legal framework than the seven cases Plaintiff recently brought under Section 1983. Plaintiff's habeas corpus case will be addressed by separate Order as well.